IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| STEVEN K. WILSON : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:04-cv-00542 |
| vs. : | |
| : | Senior District Judge S. Arthur Spiegel |
| ERNIE MOORE : | |
| : | |
| Defendant(s) : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . the Magistrate Judge's Report and Recommendation (doc. 14) is hereby ADOPTED IN ITS ENTIRETY. Petitioner Steven K. Wilson's Petition for Writ of Habeas Corpus (doc. 1) is DISMISSED WITH PREJUDICE. Issuance of a certificate of appealability of this Order pursuant to 28 U.S.C. § 2253(c) is DENIED. The Court hereby CERTIFIES pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order may not be taken in good faith; leave to proceed in forma pauperis on appeal is therefore DENIED.

12/1/05                                                                James Bonini, Clerk

                                                                       s/Kevin Moser
                                                                       Kevin Moser
                                                                       Deputy Clerk